FILED
JUN 1 1 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

THE UNITED STAT
DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

DAVID E. HENDERSON
Plaintiff

P.O. BOX 4203
EL PASO, TX 79914

V.

Case: 1:10-cv-00982
Assigned To : Unassigned
Assign. Date : 6/11/2010
Description: Pro Se Gen. Civil

JURY
ACTION

BARACK HUSSEIN OBAMA
Chief Executive of
the United States
Defendant.

COMPLAINT FOR
DAMAGES AND
INJUNCTIVE RELIEF

Since June 1995

CIA Contract Agent
Lorythics has been

RECEIVED
MAY 1 0 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

fanatically destroying

plaintiff's Life in

1

2

is an attempt to
silence Plaintiff
to Re-open the
October-Surprise
Conspiracy, Treason
By George Bush, Senior
on October 18, 1980
to Delay the Release
of the US Hostages
in Tehran, Iran to
keep the Carter
Administration to
get them Released

3

Before the November 4, 1980 Presidential Election. Plaintiff was a Foreign Service officer from 1969-1981 and as an Intelligence Analyst with the US Department of State had TOP SECRET CODE WORD Clearances, and knew that George Bush's trip to Paris to talk with

4

Revolutionary Government was a Fact.

On October 17, 2009 Plaintiff filed an Administrative Tort Claim under the FTCA for $128,7/100 Dollars for the terrorism Campaign the CIA and other Federal Agencies have been running against Plaintiff since August

5

18, 1988 when Larry
Thiu met with
Plantiff at the
San Diego California
ostensibly to update
Plaintiff's Top Secret
CODE WORD Clearances
for Purpose of
Re-employment

Defendants, the
US State Department
and other Federal
Agencies like the ATF,

+ the DEA, the NSA,
the DIA, the FBI
have all stonewalled
Pet-dants FOIA/
Privacy Act requests
for years, even in
the Face of lawsuits
and Congressional Inquiries
   Plaintiff's mail is
still being tampered
with as the returns
  fellows to Congressman
Jane Harmand which

story Moyer attest,
enclosed on the
your claim that
the white House,
and the secret
service cannot
Read his Hand writing.
on April 12, Plaintiff
Filed a $1428,7)ion
Dollar Lawsuit in
District Court against
the US secret service,
NSA, CI D etc. for

two illegal arrests
of the secret service
Agent Rafael Torres
had made at the
Veteran Administration
VA Clinic in Las
Cruces on March 31,
2010, and again
at First Presbyterian
Church on April 1st,
on the Maundy Thursday
Communion service in
an attempt to reach

9

Plaintiff's relationship
with Parishoners and
Ministerial staff
of his New Church
which Plaintiff
Joined on January 17,
2010.

Plaintiff Demands
Injunctive Relief of
the Interference of
his cell phone, and
Pay Phones he uses
which are wiretapped.

and that federal
agencies stop
tampering and
detaining his mail.
Plaintiff Demands
$13 Billion Dollars
Damages, tripled by
Punitive Damages
to $39 Billion Dollars
trebled by RF < D
for a total of $117
Billion dollars monetary
Damages.

Plaintiff Demands
a Jury Trial.

Respectfully Submitted

David E. Pederson
P O Box 4200
El Paso, TX 79914
9401 Stanvall Apt 1
El Paso, TX 79924
Cell Phone 575-312-0009

Attachments:
December 1, 2009 letter
from the EPA Denying Claim
April 9, 2010 letter from
the Department of
Justice Denying Release
of Letter to President Obama
Original Envelope to
sent with phone
Congresswoman Jane Harmon,
and Story Page

CENTRAL INTELLIGENCE AGENCY
WASHINGTON, D.C. 20505

Office of General Counsel



1 December 2009

VIA U.S. MAIL

Mr. David E. Henderson
P.O. Box 4203
El Paso, TX 79914-4203

Re: Claim for Compensation dated 17 October 2009

Dear Mr. Henderson:

The Office of General Counsel, Central Intelligence
Agency ("Agency") received your claim dated 17 October
2009.  In that claim, you make various allegations against
the Agency.  You assert damages of $12 billion.

The Agency has given this claim appropriate
consideration.  Nevertheless, the Agency has determined
that it must deny this claim.  In accordance with 28 C.F.R.
§ 14.9, if you are not satisfied with the Agency's
determination, you may file suit in an appropriate United
States District Court not later than six months after the
date of the mailing of this notification.

Sincerely,

Jacqueline W.
Attorney-Advisor

**10 0982**

**FILED**

JUN 1 1 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**U.S. Department of Justice**

Office of Information Policy

Telephone: (202) 514-3642      Washington, D.C. 20530

APR 0 9 2010

Mr. David Henderson      Re:    Appeal No. 2010-0865
Post Office Box 4203             Request No. 09-4286
El Paso, TX 79914              SRO:CDT

Dear Mr. Henderson:

     You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to certain records pertaining to El Paso County Attorney Rodriguez and Marie O'Rourke, a letter you submitted to President Barack Obama and records relating to Case No. 3:09-cv-00168-KC.

     After carefully considering your appeal, and as a result of discussions between EOUSA personnel and a member of my staff, I am remanding your request in part for a further search for records responsive to the portions of your request pertaining to Mr. Rodriguez, Ms. O'Rourke, and the civil litigation. If EOUSA locates responsive records, it will send any and all releasable records to you directly, subject to any fees. You may appeal any future adverse determination made by EOUSA. If you would like to inquire about the status of your remanded request, please contact EOUSA directly.

     With regard to the portion of your request pertaining to a letter you sent directly to the White House to President Obama, please be advised that EOUSA does not maintain such records.

     As part of the 2007 Freedom of Information Act amendments, the Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

             Office of Government Information Services
             National Archives and Records Administration
             Room 2510
             8601 Adelphi Road
             College Park, MD 20740-6001

             E-mail:       ogis@nara.gov
             Telephone:   301-837-1996
             Facsimile:    301-837-0348
             Toll-free:     1-877-684-6448

-2-

If you are dissatisfied with my action on your appeal, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director